UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK BIZELIA; HRIPSIME HARUTYUYAN;
ANAHIT MATEVOSYAN,

                    Plaintiffs,

          -against-

CLINTON TOWERS MANAGEMENT,

                  Defendant.

20-CV-8065 (CM)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiffs bring this action *pro se*. To proceed with a civil action in this Court, Plaintiffs must either pay a $400.00 fee – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application for each plaintiff. *See* 28 U.S.C. §§ 1914, 1915.

      Plaintiff Jack Bizelia submitted an IFP application, but Plaintiffs Hripsime Harutyuyan and Anahit Matevosyan did not. Accordingly, within thirty days of the date of this order, Plaintiffs must either pay the $400.00 in fees or Plaintiffs Hripsime Harutyuyan and Anahit Matevosyan must each submit an IFP application. If Plaintiffs submit the IFP applications, these should be labeled with docket number 20-CV-8065 (CM). If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1). If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling.

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket. No summons shall issue at this time.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

2

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 7, 2020
        New York, New York

                                         COLLEEN McMAHON
                                    Chief United States District Judge