UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JACK BIZELIA, et. al.

                         Plaintiffs,

           -against-

CLINTON TOWERS MANAGEMENT, et al.,

                        Defendant.

------------------------------------------------------------x

20-CV-8065 (JPC) (OTW

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The telephonic Initial Pretrial Conference previously scheduled for April 29, 2021 at 11:00 a.m. is hereby adjourned to **May 4, 2021 at 3:00 p.m**. The dial in information is (866) 390-1828, access code 1582687. Defendants must file a Proposed Case Management Plan by **April 27, 2021.** The parties are directed to refer to the Court's March 26, 2021 Order (ECF 22) for instructions.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiffs.

      **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: New York, New York                        **Ona T. Wang**
      April 20, 2021                                United States Magistrate Judge