UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JACK BIZELIA, et. al.                                          :
                                                              :
                                    Plaintiffs,               :        20-CV-8065 (JPC) (OTW
                                                              :
                     -against-                                :        **ORDER**
                                                              :
CLINTON TOWERS MANAGEMENT, et al.,                            :
                                                              :
                                    Defendant.                :
                                                              :
                                                              :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By **April 30, 2021, Defendants shall file** a Proposed Case Management Plan for *Pro Se*

cases, available at https://www.nysd.uscourts.gov/hon-ona-t-wang. Disagreements regarding

the proposed discovery schedule shall be explained in a joint status letter attached to the

Proposed Case Management Plan.

Defendants are directed to mail a copy of this Order and ECF 26 to *pro se* Plaintiffs by

trackable means and file proof of service on the docket by **April 30, 2021**.

**SO ORDERED.**

                                                              ____*s/ Ona T. Wang*_____

Dated: New York, New York                                     **Ona T. Wang**
        April 28, 2021                                        United States Magistrate Judge

1