UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JACK BIZELIA, et. al.

       Plaintiffs,

   -against-

CLINTON TOWERS MANAGEMENT, et al.,

       Defendant.

-------------------------------------------------------------x

20-CV-8065 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendants' motion pursuant to Federal Rule of Civil Procedure 12 is due **June 4, 2021**.

Plaintiffs' opposition brief is due **June 30, 2021**. Defendants' reply brief is due **July 14, 2021**.

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiffs.

**SO ORDERED.**

Dated: New York, New York
   May 4, 2021

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge

1