UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                              :

JACK BIZELIA *et al.*,

                     Plaintiffs,

                                       20 Civ. 8065 (JPC)

        -v-

                                       ORDER

CLINTON TOWERS HOUSING CO., INC. *et al*,

                   Defendants.

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On July 7, 2021, Plaintiffs filed a motion for leave to file an Amended Complaint. Dkt. 40. Defendants have not submitted an opposition to Plaintiffs' motion for leave to amend. Rule 15(a)(2) of the Federal Rules of Civil Procedure provide that the Court "should freely give leave [to amend] when justice so requires." Accordingly, it is hereby ORDERED that Plaintiffs' request for leave to file an Amended Complaint is granted. Plaintiffs shall file the Amended Complaint with the Court within 14 days of the filing of this Order, specifically **by October 27, 2021**.

        In light of the Court's Order granting Plaintiffs' motion for leave to file an Amended Complaint, Defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Dkt. 37, is denied *without prejudice*. Defendants shall respond to Plaintiffs' Amended Complaint by November 17, 2021.

        The Clerk of the Court is respectfully directed to terminate the motions pending on Dkts. 37, 40. The Clerk of the Court is also directed to mail a copy of this Order to Plaintiffs.

  SO ORDERED. Dated:

    October 13, 2021
    New York, New York

                                                                           JOHN P. CRONAN
                                                                       United States District Judge