```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JACK BIZELIA et al.,                                                   :
                                                                       :
                              Plaintiffs,                              :
                                                                       :           20 Civ. 8065 (JPC)
               -v-                                                     :
                                                                       :                 ORDER
CLINTON TOWERS HOUSING CO., INC. et al.,                               :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 26, 2021, Defendants filed a pre-motion conference letter concerning their intended motion to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) ("Letter Motion"). Dkt. 45. Defendants argue that "Plaintiffs' claims of disability discrimination are time-barred under the Fair Housing Act's two-year statute of limitations." *Id.* at 2. It is hereby ORDERED that Plaintiffs shall submit any response to Defendants' Letter Motion by November 22, 2021. In the interest of time, Plaintiffs may submit their response to Defendants' Letter Motion via email to CronanNYSDChambers@nysd.uscourts.gov. It is further ORDERED that the parties shall appear by telephone for a pre-motion conference on November 23, 2021 at 11:30 a.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

The Clerk of Court is respectfully directed to mail a copy of this Order and Defendants' Letter Motion, Dkt. 45, to Plaintiffs. The Clerk of Court is also directed to close the motion pending at Dkt. 45.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                                        _____
                                                              JOHN P. CRONAN
                                                         United States District Judge