UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JACK BIZELIA, et. al.

                              Plaintiffs,          20-CV-8065 (JPC) (OTW)

                             -against-          **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                             Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 58. The Court will hold an in-person status conference in this matter on **Wednesday, October 19, 2022, at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall submit separate status letters one week in advance of the conference, i.e., by **Wednesday, October 12, 2022**. *Pro se* Plaintiffs may submit one joint status letter together.

**SO ORDERED.**

Dated: August 22, 2022                         *s/ Ona T. Wang*
        New York, NY                     **Ona T. Wang**
                                                United States Magistrate Judge