

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

October 13, 2022

**VIA ECF**
Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED.**

Re: *Jack Bizelia, Hripsime Harutyuyan and Anahit Matevosyan v. Clinton Towers Housing Co., Inc. and P&L Management and Consulting, Inc.*
Docket No.: 20-cv-08065

Your Honor:

The Law Firm of Rivkin Radler LLP represents Defendants Clinton Towers Housing Co., Inc. and P&L Management and Consulting, Inc., in the above referenced action. Presently, there is a status conference scheduled for October 19, 2022.

Beginning on October 18, 2022, I will be engaged in trial before the Honorable Judy H. Kim, of the Supreme Court, New York County, in the action entitled *Ilan Tavor v. 391 Broadway, LLC, et. al.* (Index No.: 651848/2017). *See, attached.* The trial is presently scheduled for three days. Accordingly, I respectfully request that the conference be adjourned until later in the week of October 24, or the week of October 31, 2022.

Respectfully submitted,

RIVKIN RADLER LLP

*Kenneth A. Novikoff*

Kenneth A. Novikoff

66 South Pearl Street, 11th Floor          25 Main Street                          477 Madison Avenue              2649 South Road
Albany, NY 12207-1533                      Court Plaza North, Suite 501            New York, NY 10022-5843         Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199              Hackensack, NJ 07601-7082               T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                           T 201.287.2460 F 201.489.0495

RIVKIN RADLER LLP

October 13, 2022
Page 2

cc: Jack Bizelia
790 11th Avenue
New York, New York 10019
pegasart8@gmail.com

Hripsime Harutyunyan
790 11th Avenue
New York, New York 10019
pegasart8@gmail.com

Anahit Matevosyan
790 11th Avenue
New York, New York 10019
pegasart8@gmail.com

Application **DENIED**. The October 19 status conference was scheduled on **August 22, 2022**, while Defendants' conflicting trial was scheduled on September 29, 2022. Defendants waited until the Thursday before the conference, two weeks **after** their trial had been scheduled, to request an adjournment in a case with *pro se* Plaintiffs. Counsel for Defendants shall make themselves or another representative from their firm available for the October 19, 2022 conference.

The October 19, 2022 status conference is hereby converted to a telephonic status conference to accommodate *pro se* Plaintiffs' health issues. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_____
Ona T. Wang                              10/17/22
U.S.M.J.

6023409.v1

FILED: NEW YORK COUNTY CLERK 09/29/2022 04:45 PM
NYSCEF DOC. NO. 110

INDEX NO. 651848/2017
RECEIVED NYSCEF: 10/12/2022
RECEIVED NYSCEF: 09/29/2022

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | |
|---|---|---|
| PRESENT: HON. ADAM SILVERA | PART | 40 |
| Justice | | |

-----------------------------------------------------------------X

ILAN TAVOR,

INDEX NO. 651848/2017

Plaintiff,

- v -

391 BROADWAY LLC, GIL BOOSIDAN, MARTIN HOLLANDER

Defendant.

-----------------------------------------------------------------X

It is hereby

ORDERED that this matter is assigned for trial before the Honorable Judy H. Kim for October 18, 2022; and it is further

ORDERED that the court will schedule a pre-trial conference at which counsel are directed to appear virtually. The court will send a Microsoft Teams invitation to counsel; and it is further

ORDERED that counsel shall not accept any assignment that may conflict with the ability to proceed to trial on this matter on October 18, 2022; and it is further

ORDERED that there shall be no adjournment of the conference or trial absent court approval.

DATE: 9/29/2022

ADAM SILVERA, JSC

| Check One: | ☐ Case Disposed | ☒ Non-Final Disposition |
|---|---|---|
| Check if Appropriate: | ☐ Other (Specify _____) | |

## OTHER ORDER – NON-MOTION