```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JACK BIZELIA, et. al.                                  :
                                                       :
                              Plaintiffs,              :   20-CV-8065 (JPC) (OTW)
                                                       :
                -against-                              :   ORDER
                                                       :
CLINTON TOWERS MANAGEMENT, et al.,                     :
                                                       :
                              Defendants.              :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 19, 2022. The deadline to complete fact discovery is extended to **February 24, 2023**. Each party may take up to three (3) non-party depositions and one (1) Rule 30(b)(6) deposition of each named Defendant.

Plaintiffs shall provide their medical releases to Defendants by **October 28, 2022**.

The Court will hold an in-person status conference in this matter on **December 7, 2022, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The Court shall hear requests to appear telephonically on a case-by-case basis.

An Order referring this case to the Southern District of New York's Mediation Program shall be entered separately.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: October 19, 2022          **Ona T. Wang**
       New York, NY              United States Magistrate Judge