**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JACK BIZELIA, et. al.

                      Plaintiffs,

        -against-

CLINTON TOWERS MANAGEMENT, et al.,

                      Defendants.

------------------------------------------------------------x

20-CV-8065 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a telephonic status conference in this matter on December 7, 2022.

Pursuant to rulings made on the record, the parties shall submit a proposed joint protective order by **December 21, 2022**.

**By December 14, 2022**, Defendants shall file a letter on the docket pointing out any discrepancies between the HIPAA authorizations they sent to Plaintiffs for review and signature, and the HIPAA authorizations they received in return. Defendants shall also file as exhibits, under seal, both the sent and received HIPAA authorizations. The parties shall meet and confer to identify any discrepancies and resolve them. The parties shall then file a joint letter reporting to the Court the resolution (if any) of this issue by **December 21, 2022**.

Plaintiffs are further directed to email a copy of their outstanding document requests to Defendants' new counsel, Ms. Hardy.

The parties shall submit separate status letters by **January 27, 2023**.

Defendants are directed to serve a copy of this Order on the *pro se* Plaintiffs.

**SO ORDERED.**

Dated: December 8, 2022
New York, NY

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge