UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JACK BIZELIA, et. al.

                           Plaintiffs,         20-CV-8065 (JPC) (OTW)

           -against-                 **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                           Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 101 and 102. The Court will hold an in-person status conference in this matter on **Wednesday, July 26, 2023, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall submit a joint proposed agenda for the conference, including any remaining discovery issues, **by Friday, July 21, 2023**.

    **SO ORDERED.**

Dated: July 7, 2023                                  _s/ Ona T. Wang_
     New York, NY                            **Ona T. Wang**
                                              United States Magistrate Judge