

**MEMO ENDORSED.**

**TAMIKA N. HARDY**
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

July 11, 2023

Application **GRANTED**. The status conference scheduled for July 26, 2023 is **ADJOURNED** to Tuesday, July 25, 2023 at 3:00 p.m.

**SO ORDERED.**

**VIA ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Ona T. Wang         7/11/23
U.S.M.J.

Re:   Bizelia et. al. v. Clinton Towers Management, et al.
      20-cv-08065-JPC-OTW
      RR File No.: 700965-00001

Dear Judge Wang:

This Firm represents Defendants Clinton Towers Housing, Inc. and P&L Management and Consulting, Inc. (collectively, "Defendants") in the above referenced matter.

I write in regard to the in-person status conference scheduled by the Court for this matter on Wednesday, July 26, 2023, at 10:30 a.m. I am, unfortunately, not available due to a previously scheduled deposition in a mandatory arbitration relating to this matter: *Rosado v. Cogent Communications, Inc. et al*, Case No.: 22-cv-02942-VEC.

Accordingly, I respectfully request that the in-person conference be re-scheduled for a different date. For the Court's ease of reference, I contacted Plaintiff's counsel regarding my scheduling conflict and he advised that he is available on July 21, 24 and 28, 2023. If these dates do not work for the Court, please contact the undersigned and I will confer with Plaintiff's counsel to suggest additional dates to the Court.

We thank you for your attention and courtesies regarding this matter.

Very truly yours,

Tamika N. Hardy

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

7618671.v1