UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JACK BIZELIA, et. al.

                        Plaintiffs,

          -against-

CLINTON TOWERS MANAGEMENT, et al.,

                        Defendants.

------------------------------------------------------------x

20-CV-8065 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on Tuesday, July 25, 2023, at which the Court made rulings on the record. The parties are directed to refer to the transcript of the July 25, 2023, conference for details on the Court's rulings.

As discussed at the conference, the parties are directed to meet and confer regarding the outstanding discovery issues and to file a joint status letter, not to exceed five pages, **by Thursday, September 14, 2023**.

      **SO ORDERED.**

Dated: July 26, 2023
      New York, NY

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge