

**TAMIKA N. HARDY**
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

August 24, 2023

**VIA ECF**

**MEMO ENDORSED.**

Magistrate Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  Bizelia et. al. v. Clinton Towers Management, et al.
           20-cv-08065-JPC-OTW
           RR File No.: 700965-00001

Dear Judge Wang:

      This Firm represents Defendants Clinton Towers Housing, Inc. and P&L Management and Consulting, Inc. (collectively, "Defendants") in the above referenced matter.

      Due to scheduling conflict in the morning, I am not available September 5, 2023 for an in-person conference in the afternoon. Accordingly, I write to respectfully request that the in-person status conference currently scheduled for September 5, 2023 be converted to a telephone conference call or be adjourned to September 14, 2023 in the morning or anytime during September 20, 21 and 22, 2023. I have conferred with Plaintiffs' counsel and he is available and consents to the proposed adjourn dates.

      We thank the Court for its time and attention to these matters.

Very truly yours,

*Tamika Hardy*

Tamika N. Hardy

**Application GRANTED. The status conference scheduled for September 5, 2023, is ADJOURNED to September 14, 2023, at 11:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**SO ORDERED.**

_____
Ona T. Wang          8/25/23
U.S.M.J.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

7689958.v1