```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JACK BIZELIA, et. al.                          :
                                               :
                        Plaintiffs,            :    20-CV-8065 (JPC) (OTW)
                                               :
             -against-                         :    ORDER
                                               :
CLINTON TOWERS MANAGEMENT, et al.,             :
                                               :
                        Defendants.            :
                                               :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on September 21, 2023. Defense counsel is directed to file their motion to withdraw **by Friday, October 13, 2023**. Discovery is hereby **STAYED** pending resolution of the motion to withdraw.

**SO ORDERED.**

Dated: September 21, 2023  
New York, NY

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge