UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JACK BIZELIA, et. al.

                Plaintiffs,

    -against-

CLINTON TOWERS MANAGEMENT, et al.,

                Defendant.

-----------------------------------------------------------x

20-CV-8065 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 133 and 134. Defense counsel's motion to withdraw (ECF 134) and to seal ECF 134 (*see* ECF 133) is **DENIED without prejudice to renewal**. Defense counsel is directed refile the motion to withdraw and its accompanying declaration with limited proposed redactions to paragraphs 7 and 8 of ECF 134-1, Declaration of Tamika Hardy, ESQ.

**SO ORDERED.**

Dated: October 16, 2023
New York, NY

                                    *s/ Ona T. Wang*
                                    **Ona T. Wang**
                          United States Magistrate Judge