**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7559

WRITER'S EMAIL ADDRESS
mishaboutilier@quinnemanuel.com

# MEMO ENDORSED.

December 5, 2023

<u>VIA ECF</u>

The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 20D
New York, NY 10007

Re:   <u>Bizelia et al. v. Clinton Towers Housing, Inc. et al.</u>, 1:20-cv-08065-JPC-OTW (S.D.N.Y.)

Dear Judge Wang:

     I represent Plaintiffs in the above referenced matter. Due to holiday-related travel, I am not available in-person for the December 20, 2023 at 11:30 a.m. status conference. *See* Dkt. 145. Accordingly, I write to respectfully request that this in-person status conference be converted to a telephonic conference. I have conferred with Defendants' counsel and she consents to this request.

Respectfully submitted,

By: <u>/s/ Misha Boutilier</u>
Misha Boutilier
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
mishaboutilier@quinnemanuel.com
*Limited Scope Pro Bono Counsel for Plaintiffs*

**The status conference scheduled for December 20, 2023 is ADJOURNED sine die. The parties are directed to file a joint status letter on Friday, January 26, 2024.**

**SO ORDERED.**

*[signature]*

Ona T. Wang          12/6/23
U.S.M.J.

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH