**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

JACK BIZELIA, et al.,

                     Plaintiffs,

        -against-

CLINTON TOWERS MANAGEMENT, et al.,

                     Defendants.
------------------------------------------------------------x

20-CV-8065 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person Status Conference in this matter on **Thursday, February 8, 2024**. As ordered on the record, Plaintiffs shall provide to Defense counsel discovery requests, objections, and correspondence **by February 16, 2024**. Defense counsel shall file her motion for appointment of counsel and any other motions for relief **by February 16, 2024**. Fact discovery will close on **Friday, March 29, 2024**.

Plaintiffs' motion for the underlying documents used to create CT_001241 is **DENIED**. The parties are directed to refer to the transcript of the February 8, 2024, conference for details on the Court's rulings.

The Court will hold an in-person Status Conference in this matter on **March 19, 2024 at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed conference agenda by **Friday, March 15, 2024**.

1

Plaintiff's motion to seal (ECF 106) is **GRANTED**. The Clerk of Court is respectfully directed to close ECF Nos. 91 and 106.

**SO ORDERED.**

Dated: February 8, 2024
New York, NY

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge