**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JACK BIZELIA, et. al.,

                    Plaintiffs,                      20-CV-8065 (JPC) (OTW)

           -against-                         **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person status conference in this matter on March 19, 2024. The parties are directed to file a joint status letter **by April 18, 2024**. In this letter, the parties will (1) propose next steps to move this case forward and streamline discovery, and (2) propose language for an order to the Pro Se office to seek volunteer counsel for Defendants.

        **SO ORDERED.**

Dated: March 19, 2024                                        _s/ Ona T. Wang_
      New York, NY                                           **Ona T. Wang**
                                                          United States Magistrate Judge