**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
JACK BIZELIA, et. al., :
:
                Plaintiffs, :    20-CV-8065 (JPC) (OTW)
:
      -against- :    **ORDER**
:
CLINTON TOWERS MANAGEMENT, et al., :
:
                Defendants. :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      Upon consent of the parties (ECF 168), the Office of Pro Se Litigation is respectfully directed to attempt to locate a *pro bono* attorney to represent Defendants in this case. Discovery as it pertains to nonparty depositions is **STAYED** for thirty (30) days from the date of this Order or until Defendants secure outside counsel, whichever comes first. Discovery as it pertains to party depositions is **STAYED** for forty-five (45) days from the date of this Order or until Defendants secure outside counsel, whichever comes first. The parties represent that after depositions discovery will be complete, after which the parties will be ready for trial.

      SO ORDERED.

                                                    *s/ Ona T. Wang*

Dated: April 19, 2024                                    **Ona T. Wang**
     New York, NY                            United States Magistrate Judge