**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

JACK BIZELIA, et. al.,

                Plaintiffs,       20-CV-8065 (JPC) (OTW)

       -against-       **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that Plaintiffs' motion to compel (ECF Nos. 179, 180, 181) does not include all affidavits of service for purported service on non-party Tonia Blaine. Plaintiffs' papers make reference to service on Ms. Blaine in May 2024 (ECF Nos. 180 at ¶ 5, 181 at 1), but only include an affidavit of service dated January 4, 2024 (ECF Nos. 180-2, 181-2).

Plaintiffs are directed to file <u>all affidavits of service on Ms. Blaine</u> by **Tuesday, October 8, 2024**.

Plaintiffs are further directed to serve a copy of this order on Ms. Blaine, and file proof of service on the docket.

      **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: October 4, 2024                                             **Ona T. Wang**
      New York, NY                                         United States Magistrate Judge