**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JACK BIZELIA, et. al.,

                Plaintiffs,            20-CV-8065 (JPC) (OTW)

       -against-                  **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It appears that fact discovery in this matter has closed. (*See* ECF 188). The parties are directed to meet and confer and file a joint status letter on the docket by **January 31, 2025** identifying next steps and stating whether the parties wish to consent to Magistrate Judge jurisdiction for the remainder of the case.

**SO ORDERED.**

Dated: January 24, 2025
New York, NY

                                              *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                              United States Magistrate Judge