**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JACK BIZELIA, et. al.,

                Plaintiffs,        20-CV-8065 (JPC) (OTW)

     -against-               **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                Defendants.

---------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 194.

Fact discovery in this matter is closed except for outstanding party depositions. The parties will schedule and complete Plaintiffs' depositions by **Monday, March 31, 2025**. Counsel is directed to file a joint letter by **Wednesday, February 19, 2025**, informing the Court of the dates of Plaintiffs' depositions, which dates the Court will so order.

The parties' letter should also propose three dates for a conference regarding the 30(b)(6) deposition of Defendant, which conference will not be held until after Plaintiffs' depositions.

      **SO ORDERED.**

                                                           *s/ Ona T. Wang*

Dated: February 12, 2025                             **Ona T. Wang**
       New York, New York                 United States Magistrate Judge

1