**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

JACK BIZELIA, et. al.,

                Plaintiffs,        20-CV-8065 (JPC) (OTW)

      -against-                 **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 196. Accordingly, it is ordered that:

- The deposition of Plaintiff Jack Bizelia will take place on **March 20, 2025**.
- The deposition of Plaintiff Hripsime Harutyunyan will take place on **March 21, 2025**.

The Court will hold a status conference in this matter on **Tuesday, April 8, 2025, at 12:00 p.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**. The parties are directed to file a joint proposed agenda for the conference by **Thursday, April 3, 2025**. The parties should be prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner. The parties should also be prepared to discuss the 30(b)(6) deposition of Defendants, including why the discovery sought is or is not relevant to the claims or defenses in this action and is or is not proportional to the needs of this case.

    **SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: February 21, 2025                            **Ona T. Wang**
       New York, New York               United States Magistrate Judge