**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JACK BIZELIA, et. al.,

                Plaintiffs,        20-CV-8065 (JPC) (OTW)

        -against-                    **ORDER**

CLINTON TOWERS MANAGEMENT, et al.,

                Defendants.

---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A status conference in this matter was held on Tuesday, April 8, 2025. As discussed at the conference (*see* ECF 199 at 16:5–9), the parties are directed to file a joint proposed briefing schedule for Defendants' anticipated motion for summary judgment by **Friday, May 16, 2025**.

**SO ORDERED.**

Dated: May 9, 2025  
       New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                          United States Magistrate Judge