UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
:
JACK BIZELIA, *et al.,*                                                   :
:
Plaintiffs,                                     :
:
-v-                                        :            20 Civ. 8065 (JPC)
:
CLINTON TOWERS HOUSING CO., INC. and P&L        :                   ORDER
MANAGEMENT AND CONSULTING, INC.,                 :
:
Defendants.                              :
:
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pending before the Court are the parties' motions for summary judgment on Plaintiffs' disability discrimination claim under the Federal Housing Act ("FHA"). Dkts. 206-208; Dkts. 210-214. The FHA allows a plaintiff to prove discrimination on the basis of disability by showing "a refusal to make reasonable accommodations in rules, practices, or services, when such accommodations may be necessary to afford such person equal opportunity to use and enjoy *a dwelling*." 42 U.S.C. § 3604(f)(3)(B) (emphasis added). In their briefing, the parties do not address whether a move to a *different* dwelling, as opposed to a change in rules, practices, or services pertaining to a plaintiff's *current* dwelling, is an accommodation under Section 3604(f)(3)(B). While the Court is aware of some decisions that have assumed this to be the case, *see, e.g.*, *Logan v. Matveevskii*, 57 F. Supp. 3d 234, 256-57 (S.D.N.Y. 2014); *Bezi v. Camacho*, No. 11 Civ. 677 (DTB), 2012 WL 5519386, at *5, *17 (C.D. Cal. Sept. 27, 2012); *Bentley v. Peace & Quiet Realty 2 LLC*, 367 F. Supp. 2d 341, 345-46 (E.D.N.Y. 2005); *Roseborough v. Cottonwood Apartments,* No. 94 Civ. 3708 (CPK), 1994 WL 695516, at *2-3 (N.D. Ill. Dec. 9, 1994), the Court is not aware of any decisions that have meaningfully engaged on this question of statutory interpretation. Accordingly, by April 20, 2026, the parties shall submit letter briefs not to exceed five pages

addressing this issue.

       SO ORDERED.

Dated: March 30, 2026
       New York, New York

                                JOHN P. CRONAN
                         United States District Judge