UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                  :

JACK BIZELIA, *et al.,*                 :

            :

        Plaintiffs,      :

            :

    -v-           :        20 Civ. 8065 (JPC)

            :

CLINTON TOWERS HOUSING CO., INC. and P&L  :       ORDER
MANAGEMENT AND CONSULTING, INC.,     :

            :

        Defendants.    :

            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Having reviewed the parties' motions for summary judgment, Dkts. 206-208, 210-214, the Court hereby gives notice to the parties that it is considering granting summary judgment to Defendants on the following issues, which were not raised by either party. *See* Fed. R. Civ. P. 56(f)(2) ("After giving notice and a reasonable time to respond, the court may . . . grant the motion on grounds not raised by a party."):

    1.      Plaintiffs' contention that Defendants violated the Fair Housing Act by not placing them on a waiting list in a manner consistent with their treatment of non-disabled residents (1) sounds in disparate-treatment as opposed to failure-to-accommodate; and (2) under the disparate-treatment standard, Plaintiffs have not met their burden of showing discriminatory intent. *See, e.g.*, *Olsen v. Stark Homes, Inc.*, 759 F.3d 140, 152 (2d Cir. 2014); *LeBlanc-Sternberg v. Fletcher*, 67 F.3d 412, 425 (2d Cir. 1995).

    2.      Plaintiffs' request for a transfer to a larger unit, regardless of their spot on the waiting list or whether they met the eligibility requirements for such a unit, was not a reasonable accommodation because it would fundamentally alter the

nature of the Mitchell-Lama housing program.  *See, e.g.*, *Henrietta D. v. Bloomberg*, 331 F.3d 261, 281 (2d Cir. 2003).

No later than July 20, 2026, the parties may file supplemental briefing addressing these issues.  By July 27, 2026, the parties may respond to their adversaries' supplemental briefing.

SO ORDERED.

Dated: June 29, 2026
      New York, New York

                                  JOHN P. CRONAN
                           United States District Judge