**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JACK BIZELIA, et al.,

Plaintiff,

-against-

20 **CIVIL** 8065 (JPC)

# JUDGMENT

CLINTON TOWERS HOUSING INC. and P&L MANAGEMENT AND CONSULTING, INC.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2026, Plaintiffs have failed to establish a dispute of material fact as to whether they were denied a reasonable accommodation under the FHA. The Court has therefore denied Plaintiffs' motion for summary judgment and has granted summary judgment to Defendants pursuant to Federal Rule of Civil Procedure 56(f); accordingly, the case is closed.

**Dated:** New York, New York

August 20, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**